Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430
mjaime@mathenysears.com

Attorneys for Defendant, WINNEBAGO INDUSTRIES, INC.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| ALFRED SIMS, | Case No. 2:23-cv-00686-JAM-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY DISCOVERY DEADLINES** |
| v. | |
| WINNEBAGO INDUSTRIES, INC.; and DOES 1 to 10, inclusive, | Complaint filed: March 1, 2023<br>Trial date: March 3, 2025 |
| Defendant. | Judge:  Hon. John A. Mendez<br>Ctrm:   6 |

**TO THE COURT:**

The parties hereby request to extend the deadline for discovery to allow the parties sufficient time to prepare their respective cases for trial in an orderly and efficient manner. The parties further request to extend the deadline to make expert disclosures under FRCP 26(a)(2) for the same foregoing reasons, and supplemental expert disclosure to follow 14 days after as previously scheduled.

///
///
///
///
///

1

*STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINE*

Wherefore, the parties agree to the following deadlines:

| | |
|---|---|
| Discovery Cutoff Date: | 12/20/2024; |
| Disclosure of Expert(s) Deadline: | 10/25/2024; |
| Supplemental Disclosure Deadline: | 11/08/2024; |
| Dispositive Motion Filing Deadline: | 02/14/2025; |
| Dispositive Motion Hearing: | 04/22/2025 at 1:00 PM; |
| Joint Mid-Litigation Statement Filing | 14 days prior to the close of discovery; |
| Final Pretrial Conference: | 06/13/2025 at 10:00 AM; |
| Jury/Bench Trial Conference: | 08/04/2025 at 9:00 AM. |

**SO STIPULATED.**

Dated:  April 11, 2024                                **CASPER MEADOWS SCHWARTZ & COOK**

By: _____
ADAM CARLSON,
Attorneys for Plaintiff ALFRED SIMS.

Dated:  April 11, 2024                                **MATHENY SEARS LINKERT & JAIME LLP**

By: _____
MATTHEW C. JAIME,
Attorneys for Defendant WINNEBAGO INDUSTRIES, INC.

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Pursuant to the parties' stipulation and good cause appearing, the pretrial scheduling order (ECF No. 18) is **MODIFIED** as follows:

The discovery deadlines are modified as follows:

| | |
|---|---|
| Discovery Cutoff Date: | **12/20/2024**; |
| Disclosure of Expert(s) Deadline: | **10/25/2024**; |
| Supplemental Disclosure Deadline: | **11/08/2024**; |
| Dispositive Motion Filing Deadline: | **02/14/2025**; |
| Dispositive Motion Hearing: | **04/22/2025, at 01:00 PM**[1]; |
| Joint Mid-Litigation Statement Filing | 14 days prior to the close of discovery; |
| Final Pretrial Conference: | **06/13/2025, at 10:00 AM**; and |
| Jury Trial: | **08/04/2025, at 9:00 AM**. |

All other instructions contained in the December 12, 2023 Pretrial Scheduling Order (ECF No. 18) shall remain in effect.

Dated: April 15, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.