Adam Carlson (State Bar No. 257795)
**CASPER, MEADOWS, SCHWARTZ & COOK**
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone:     (925) 947-1147
Facsimile:     (925) 947-1131

Attorneys for Plaintiff
ALFRED SIMS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SIMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WINNEBAGO INDUSTRIES, INC.,<br><br>　　　　　Defendant. | Case No. **2:23-cv-00686-JAM-JDP**<br>[Solano County Superior Court Case No. FCS059753]<br><br>**STIPULATION AND ORDER CONTINUING FINAL PRETRIAL CONFERENCE**<br><br>Complaint filed: March 1, 2023<br>Trial Date: November 17, 2025<br><br>Judge: Hon. A. Mendez |

The undersigned parties, through their respective counsel, hereby stipulate and agree as follows:

1.  Counsel for both Plaintiff and Defendant are unavailable to attend the Pretrial Conference scheduled for August 8, 2025.

2.  Counsel for Plaintiff will be unavailable as he will be on family leave until August 11, 2025

3.  Counsel has met and conferred and both are available on September 26, 2025 to reschedule the Pretrial Conference in this matter.

///

///

4. All other deadlines and provisions in the current scheduling order remain unchanged and in full effect.

IT IS SO STIPULATED.

Dated: July 2, 2025

Adam Carlson
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiff

Dated: July 2, 2025

/s/ Michael S. Sutton
Michael S. Sutton
**SUTTON MURPHY**
Attorneys for Defendant

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Sims vs. Winnebago Industries, Inc., et al.* Case No. 2:23-cv-00686-JAM-JDP
STIPULATION AND ORDER

2

## ORDER CONTINUING FINAL PRETRIAL CONFERENCE

Pursuant to the parties' stipulation and good cause appearing, the Final Pretrial Conference currently scheduled for August 08, 2025, is **CONTINUED** to **September 26, 2025, at 10:00 a.m.** The November 17, 2025 trial shall remain as set.

All other instructions contained in the Pretrial Scheduling Order (ECF No. 18), entered on December 12, 2023, shall remain in effect.

IT IS SO ORDERED.

Dated: July 02, 2025                           /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               SENIOR UNITED STATES DISTRICT JUDGE

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Sims vs. Winnebago Industries, Inc., et al.* Case No. 2:23-cv-00686-JAM-JDP
STIPULATION AND ORDER

3